**ORDERED in the Southern District of Florida on September 6, 2024.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re

PVP KREWSTOWN, LLC,

Debtor.
_______________________________/

Chapter 11

Case No. 23-16198-MAM

PVP KREWSTOWN, LLC,

Plaintiff,

v.

Adv. Pro. 23-01254-MAM

ICA ACQUISITION KREWSTOWN, LLC, ICA ACQUISITION CASTOR, LLC, ICA ACQUISITION TROY, LLC, ICA ACQUISITION BATTLE CREEK, LLC, ICA ACQUISITION HINES, LLC, ICA ACQUISITION BALTIMORE, LLC, FI 135 KREWSTOWN PHILADELPHIA, LLC, FI 135 CASTOR PHILADELPHIA, LLC, FI 135 TROY, LLC, FI 135 BATTLE CREEK, LLC, FI 135 HINES, LCC, FI 135 BALTIMORE, LLC, AND BLOOMFIELD CAPITAL ASSET MANAGEMENT, LLC

Defendants.
_______________________________/

**ORDER FURTHER ABATING ADVERSARY PROCEEDING**

THIS MATTER came before the Court for a status conference on August 20, 2024 on various matters in the above-captioned bankruptcy case ("Main Case"): (1) the *Second Interim Application of Underwood Murray, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Debtor for the Period from October 16, 2023 to July 23, 2024* [ECF No. 119 in the Main Case]; (2) *Response to Fee Application and Request for Status Conference* [ECF No. 126 in the Main Case] and (3) status conference on *Motion to Dismiss Bankruptcy Case under 11 U.S.C. § 1112(b)* filed by Interested Parties FI 135 Baltimore, LLC, FI 135 Battle Creek, LLC, FI 135 Hines, LLC, FI 135 Philadelphia-Castor, LLC, FI 135 Philadelphia-Krewstown, LLC, FI 135 Troy, LLC, ICA Acquisition Baltimore, LLC, ICA Acquisition Battle Creek, LLC, ICA Acquisition Castor, LLC, ICA Acquisition Hines, LLC, ICA Acquisition Krewstown, LLC, ICA Acquisition Troy, LLC, CA Acquisition Waynesboro, LLC (collectively the "FI 135/ICA Acquisition Parties") in the Main Case [ECF No. 55] ("Motion to Dismiss"). As announced at the Status Conference, the Court will address the Motion to Dismiss filed in the Main Case prior to addressing the viability of this adversary proceeding. Having reviewed the full record, the Court has determined that it will schedule an evidentiary hearing on the Motion to Dismiss in the Main Case before addressing dismissal in this adversary proceeding. Accordingly, it is

**ORDERED** as follows:

1. This adversary proceeding is abated until further order of the Court.

# # #

Submitted By:
Paul Steven Singerman, Esq.
BERGER SINGERMAN LLP
1450 Brickell Ave., Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

*(Attorney Singerman is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a certificate of service within three days of entry of this order.)*