**ORDERED in the Southern District of Florida on June 26, 2025.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Case |
| PVP KREWSTOWN, LLC, | Case No. 23-16198-MAM |
| Debtor. | |
| PVP KREWSTOWN, LLC, | Adv. Pro. No. 23-ap-01254-MAM |
| Plaintiff, | |
| v. | |
| ICA ACQUISTION KREWSTOWN, LLC, *et al.,* | |
| Defendants. | |

_______________________________________/

**ORDER DENYING MOTION**
**<u>TO LIFT ABATEMENT OF PENDING ADVERSARY PROCEEDING</u>**

**THIS MATTER** came before the Court on Wednesday, June 18, 2025, at 2:00 p.m., upon the *Debtor's Motion to Lift Abatement of Pending Adversary Proceeding*[1] [ECF No. 33] (the

---

[1] Adversary Proceeding refers to Case No. 23-AP- 01254-MAM

"**Motion**"). The Court having considered the Motion and the *Response in Opposition to Debtor's Motion to Lift Abatement of Pending Adversary Proceeding* [ECF No. 36], and arguments of counsel, for the reasons stated on the record at the hearing, does

**ORDER** as follows:

1. The Motion is DENIED.[2]

# # #

Submitted by:
Scott A. Underwood
Florida Bar Number 730041
UNDERWOOD MURRAY, P.A.
100 N. Tampa St., Suite 2325
Tampa, FL 33602
Tel: (813) 540-8401 / Fax: (813) 553-5345
Email:
sunderwood@underwoodmurray.com
*Counsel to the Debtor*

*(Attorney Underwood is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

[2] At the hearing, the Court indicated it would grant the motion in part to permit discovery, though any discovery disputes would be heard after the Court ruled upon the pending motion to dismiss bankruptcy case. But each party acknowledged on the record they did not seek further discovery at this time in the Adversary Proceeding. As such, the Court is denying the Motion in full.